UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Eddie Lee Wilson, Chester Jackson Sr. | § § § | |
| vs. | § § | NO:   AU:20-CV-00311-RP |
| Robert Riley Baucom, Deputy John K. Bennett, Sheriff Thomas Norsworthy, City of Caldwell, Burleson County | § | |

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a FINAL PRETRIAL CONFERENCE BY VIDEO on September 30, 2021 at 03:00 PM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 20th day of September, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE