IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE WILSON and<br>CHESTER JACKSON, SR., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-311-RP |
| ROBERT RILEY BAUCOM,<br>DEPUTY JOHN K. BENNETT,<br>SHERIFF THOMAS NORSWORTHY,<br>CITY OF CALDWELL, and<br>BURLESON COUNTY, | § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant City of Caldwell's Second Renewed Motion to Dismiss for Failure to State a Claim or, alternatively, Motion for Summary Judgment, (Dkt. 58). (R. & R., Dkt. 79). In his report and recommendation, Judge Lane recommends that the Court grant the motion. (*Id.* at 13). Plaintiffs timely filed objections to the report and recommendation. (Objs., Dkt. 89).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 79), is **ADOPTED**.

**IT IS FURTHER ORDERED** that the City of Caldwell's Second Renewed Motion to Dismiss for Failure to State a Claim or, alternatively, Motion for Summary Judgment, (Dkt. 58), is **GRANTED.**

Plaintiffs' claims against the City of Caldwell are **DISMISSED WITH PREJUDICE**.

**SIGNED** on September 30, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE