IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE WILSON and<br>CHESTER JACKSON, SR.,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBERT RILEY BAUCOM,<br>DEPUTY JOHN K. BENNETT,<br>SHERIFF THOMAS NORSWORTHY,<br>CITY OF CALDWELL, and<br>BURLESON COUNTY,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:20-CV-311-RP |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Defendants Burleson County and John K. Bennett's Motion for Summary Judgment, (Dkt. 60). (R. & R., Dkt. 83). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on September 15, 2021. (*Id.*). Plaintiffs Eddie Lee Wilson and Chester Jackson, Sr. ("Plaintiffs") filed objections to the report and recommendation. (Objs., Dkt. 103). Plaintiffs filed their objections with a motion for leave to file their objections late. (*Id.*). Plaintiffs also filed a motion for extension of time, (Dkt. 104), and a motion for leave to file extension, (Dkt. 105). The Court will grant the first motion for leave and deem Plaintiffs' objections timely filed. Also, in light of Plaintiffs' newly-filed objections, the Court will vacate its previous order on the report and recommendation.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C.

1

§ 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation, (Dkt. 83), is **ADOPTED**. Defendants Burleson County and John K. Bennett's Motion for Summary Judgment, (Dkt. 60), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's previous order on the report and recommendation, (Dkt. 100), is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for leave to file objections, (Dkt. 103), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for extension of time to file objections, (Dkt. 104), and motion for leave to file extension are **MOOT** in light of the Court's grant of Plaintiffs' motion for leave to file objections, (Dkt. 103).

**IT IS FINALLY ORDERED** that Plaintiffs' claims against Burleson County and John K. Bennett are **DISMISSED WITH PREJUDICE**.

**SIGNED** on October 5, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE