UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Eddie Lee Wilson, Chester Jackson Sr. | § § | |
| vs. | § § | NO: AU:20-CV-00311-RP |
| Robert Riley Baucom | § § | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a ATTORNEY MATTERS HEARING BY VIDEO on October 15, 2021 at 01:30 PM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 15th day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE