IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE WILSON and<br>CHESTER JACKSON, SR., *as next friend of*<br>*Chester Jackson, Jr.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBERT RILEY BAUCOM,<br><br>  Defendant. | § § § § § § § § § § § § § | 1:20-CV-311-RP |

FILED
OCT 14 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

## VERDICT FORM

### QUESTION NO. 1

Did Plaintiffs Eddie Lee Wilson and Chester Jackson, Sr. prove, by a preponderance of the evidence, that Defendant Robert Riley Baucom used excessive force against Chester Jackson, Jr. on April 20, 2019?

Answer "Yes" or "No":

Answer: ____No____.

### QUESTION NO. 2

Answer the following question only if you answered "Yes" to Question 1.

Otherwise, do not answer the following questions. The jury foreperson should sign and date the verdict and give it to the Court Security Officer.

Did Plaintiffs prove, by a preponderance of the evidence, that no reasonable officer could have believed that the force used by Defendant Robert Riley Baucom was lawful, in light of clearly established law and the information Robert Riley Baucom possessed at the time?

Answer "Yes" or "No."

Answer: _____.

## QUESTION NO. 3

Answer the following question only if you answered "Yes" to Questions 1 and 2. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiffs for the injuries, mental anguish, pain, and suffering, if any, that resulted from the violation of Chester Jackson, Jr.'s constitutional rights by Defendant Robert Riley Baucom?

Answer in dollars and cents, if any.

Answer: $ _____

## QUESTION NO. 4

If you answered "Yes" to Question 1, then answer the following question.

Otherwise, do not answer the following question.

Were the actions of Defendant Robert Riley Baucom found by you in answer to Question No. 1 deliberate, willful, or committed with evil intent or reckless disregard Chester Jackson Jr.'s constitutional rights?

Answer "Yes" or "No."

Answer: _____.

## QUESTION NO. 5

If you answered "Yes" to Question 4, then answer the following question.

Otherwise, do not answer the following question, and the jury foreperson should sign and date the verdict and give it to the Court Security Officer.

What amount of punitive damages, if any, should be assessed against Defendant Robert Riley Baucom for the conduct found by you in answer to Question No. 1?

Answer in dollars and cents, if any.

Answer: $_____.


...


**SIGNED** this <u>14th</u> day of <u>October</u>, 2021.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002