IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE WILSON and <br> CHESTER JACKSON, SR., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT RILEY BAUCOM, <br> DEPUTY JOHN K. BENNETT, <br> SHERIFF THOMAS NORSWORTHY, and <br> CITY OF CALDWELL, <br><br> Defendants. | § § § § § § § § § § § § § § | 1:20-CV-311-RP |

## **FINAL JUDGMENT**

Plaintiffs Eddie Lee Wilson and Chester Jackson, Sr. ("Plaintiffs") brought this action as next friends to Chester Jackson, Jr.[1] against four defendants: (1) Robert Riley Baucom, (2) Deputy John K. Bennett, (3) the City of Caldwell, and (4) Burleson County (collectively, "Defendants"). (Am. Compl., Dkt. 53). The Court granted summary judgment in favor of the City of Caldwell on September 30, 2021, (Dkt. 79), and granted summary judgment in favor of Deputy John K. Bennett and Burleson County on October 5, 2021, (Dkt. 83). Only one defendant remained: Robert Riley Baucom ("Baucom"). Plaintiffs' claim against Baucom for excessive force was tried to a jury. (Minute Entries, Dkts. 119, 121, 122). After a three-day jury trial, the jury in this case returned a verdict in favor of Baucom on October 14, 2021. (Dkt. 131). The jury found that Baucom did not, by a preponderance of the evidence, use excessive force against Chester Jackson, Jr. (*Id.*).

Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendants.

---

[1] *See* R. & R., Dkt. 44, at 3–4.

**IT IS FURTHER ORDERED** that Plaintiffs shall **TAKE NOTHING** from Defendants.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **CLOSED**.

**IT IS FINALLY ORDERED** that Baucom shall submit a bill of costs, with supporting documentation, no later than fourteen days after the entry of final judgment, pursuant to Local Rules CV-7 and CV-54.

**SIGNED** on December 28, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE