UNITED STATES DISTRICT COURT FOR
THEWESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE WILSON, AND CHESTER JACKSON, SR., A/N/F CHESTER JACKSON, JR. *Plaintiffs*, | § § § § § | |
| v. | § § | NO. 1:20-cv-00311-RP |
| ROBERT RILEY BAUCOM, *Defendant*. | § § § | |

**DEFENDANT ROBERT RILEY BAUCOM'S ADVISORY
TO THE COURT REGARDING BILL OF COSTS**

TO THE HONORABLE JUDGE PITMAN:

NOW COMES Defendant Robert Riley Baucom ("Baucom"), and files this Advisory to the Court:

### I.   ADVISORY

1.   On December 28, 2021 this Court entered a Final Judgement in favor of Defendants and ordered that Plaintiffs Eddie Lee Wilson and Chester Jackson Senior take nothing by way of this lawsuit.[1] As the prevailing party, this Court ordered Defendant Baucom to submit a bill of costs, with supporting documentation, within fourteen days after the entry of the final judgment.[2]

2.   The undersigned now files this Advisory to inform the Court that Baucom will decline to pursue any costs of court against Plaintiffs, and therefore will not be filing a bill of costs.

---

[1] *See* Final Judgment, pg. 2, Dkt. # 136.
[2] *See* Final Judgment, pg. 2, Dkt. # 136; *see also* FED. R. CIV. P. 54(d)(1) (allowing costs of court to a prevailing party).

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas  78701
512/476-4600
512/476-5382 (Fax)

By:      /s/ Stephen B. Barron
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com

**ATTORNEYS FOR DEFENDANT
ROBERT RILEY BAUCOM**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of January 2022, a true and correct copy of the above and foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following counsel of record:

U.A. Lewis
Okwudili Onyekwelu
THE LEWIS LAW GROUP, PLLC
P.O. Box 27353
Houston, TX 77007
Myattorneyatlaw@gmail.com
oonyekwelu@thelewislaw.com

    /s/ Stephen B. Barron
    Stephen B. Barron